# DISTRICT COURT, ADAMS COUNTY, WASHINGTON

STATE OF WASHINGTON ) SW NO. _____
)
COUNTY OF ADAMS ) APPLICATION FOR SEARCH WARRANT

### Declaration

I, Detective Steven Perez, declare that I have personal knowledge of the matters herein and/or am relying on witness statements, information provided by my fellow officers, reports, and other material I have gathered in my investigation, and that I am competent to testify to the matters stated herein:

On the basis of the following, I believe there is probable cause that **Koby Don Williams (DOB: 04/18/1975)** has committed the crime(s) of **Attempted Commercial Sexual Abuse of a Minor (RCW: 9.68A.100), Attempted Rape of a Child 2nd Degree (RCW: 9A.44.076), and Communication with a Minor for Immoral Purposes (RCW: 9.68A.090(2))** in Adams County, Washington and that:

- ☒ Evidence of those crimes;
- ☐ Contraband, the fruits of a crime, or things otherwise criminally possessed;
- ☐ Weapons or other things by means of which a crime has been committed or reasonably appears about to be committed;
- ☐ A person for whose arrest there is probable cause, or who is unlawfully restrained;

is located in, on, at, or about the following described premises, vehicle or person:

**A gray 2018 Chevrolet Malibu bearing Washington license plate BJE9674 and has tinted windows to include any safe style containers or lockboxes present. The registered**

APPLICATION FOR SEARCH WARRANT - Basic
Page 1 of 13

owner of the Chevrolet Malibu is Evergreen Enterprises at 2421 S. Union Ave. Suite L1 #155, Tacoma, WA 98405. The Chevrolet Malibu is parked in the secured sallyport at the Othello Police Department with tamper-proof evidence tape adhered to the openings. See photos below.




### Affiant

I have been a commissioned Law Enforcement Officer with the Othello Police Department for approximately 5 years. I have a total of approximately 7 years of law enforcement experience, and I am currently assigned as a Detective. Prior to becoming a Police Officer, I was a Corrections Officer for the Walla Walla County Sheriff's Office for 17 months. I attended the Washington State Criminal Justice Commission Basic Law Enforcement Academy, where I received over 720 hours of training. Additionally, my training includes Advanced Roadside Impaired Driving Enforcement (32 hours), Police & Minority Relations, Basic Child Interviewing, Emotional Survival for Police Officers, Crisis Intervention Team Training, Instructor Development, Tactical De-Escalation Techniques, specialized training in Basic Street Gangs, Gang Prevention and Intervention Strategies, Criminal Street Gang Trends and Investigations, Snapchat Investigation, extensive illicit narcotics training totaling over 900 hours, Brady/Giglio training, and Homicide Investigation (40 hours). I am an affiliate of the Washington State Internet Crimes Against Children (ICAC) Task Force. I am an instructor for Emergency Vehicle Operations Course (EVOC), Pursuit Immobilization Technique (PIT), and I am a Field Training Officer (FTO).

Furthermore, I have completed the following training and education specific to human trafficking enforcement:

- Gangs Sexually Exploiting Youth by NWGIA (2 hours)
- Sexual Exploitation, Human Trafficking, & The Criminal Street Gang by NWGIA (4 hours)
- Commercially Sexually Exploited Youth: Sex Trafficking & The Sex Industry by NWGIA (4 hours)

APPLICATION FOR SEARCH WARRANT - Basic
Page 2 of 13

- Prostitution Sting with FBI Safe Streets Human Trafficking Task Force (Spokane, WA) (8 hours)
- Basic & Intermediate Undercover School by Police Training Institute 2021 (40 hours)
- Undercover Vice Operations by Det. Bill Guyer & Det. Jenn Gardner with Seattle PD (4 hours)
- Narcotics and Street Crimes in a New Era (Social Media Investigations) 2021 (8 hours)
- Online Undercover by National White Collar Crime Center (Bureau of Justice Assistance) (1 hour)
- Human Trafficking Awareness for Law Enforcement by Deliverfund 2022 (4 hours)
- Proactive Approach to Targeting Criminal Sex by Special Agent (FBI) Sara Blonde at WSNIA 2022 (4 hours)
- Emerging Drug Trends & Officer Safety in Human Trafficking Investigations by WSIN HT Summit 2022 (2 hours)
- Sex Trafficking Intervention: A Survivor Perspective by WSIN HT Summit 2022 (1 hour)
- Basic Human Trafficking Operations & Investigations by WSIN HT Summit 2022 (2 hours)
- Writing It Right: Documenting Human Trafficking by WSIN HT Summit 2022 (2 hours)
- Unlocking the Truth: The Investigator's Guide to Interviewing Suspects Seeking to Exploit Children by WSIN HT Summit 2022 (2 hours)
- The Bitter Truth About Sugaring as a Human Trafficking On-Ramp by WSIN HT Summit 2022 (2 hours)
- Integrating and Using Demand Reduction and High Frequency Buyers in Human Trafficking Cases by WSIN HT Summit (2 hours)
- Chasing Phones: Burner Phone Investigations by WSIN HT Summit 2022 (2 hours)
- Making the Case: Holding Traffickers Accountable by WSIN HT Summit 2022 (2 hours)
- Child Sex Trafficking Money Laundering/Illegal Enterprise Investigations by WSIN HT Summit 2022 (2 hours)
- Labor Trafficking and Forced Criminality: The Victor Rax Case Study by WSIN HT Summit 2022 (2 hours)
- Methods of Recruitment and Trauma Informed Interviewing by WSIN HT Summit 2022 (2 hours)
- Sex Offenders: What Judges, Lawyers, Investigations, Medical Professionals, and Child/Victim Advocates Should Know by Cory Jewell Jensen of CBI Consulting (8 hours)

I have investigated cases in Othello, Adams County, Washington regarding prostitution and human sex trafficking beginning in 2021. I have learned the following and upon my oath, I state that I believe the following facts to be true based on my training and experience regarding human trafficking investigations:

1. The "track" or "blade" is a term used to describe any street where prostitution is conducted.
2. "The game" refers to the sex industry.
3. A "pimp" is a person that manages prostitutes. P.I.M.P can sometimes be an acronym for Person In-Charge of Managing Prostitutes.
4. Pimp's are criminals that use threats, manipulation, and force to get what they want.
5. "Finesse"/"Romeo" pimps use smooth talking to manipulate prostitutes and only use force as a last resort. "Guerilla" pimps use violence and assault to manipulate their prostitutes. "Sneaker"/"Gangbanger" pimps are low level criminals trying to make financial ends meet.

APPLICATION FOR SEARCH WARRANT - Basic
Page 3 of 13

US v. K. Williams    10000088.038

6. Pimps are also referred to as "King" or "Daddy".
7. A pimp's organization can be referred to as a "stable" or "family".
8. Gang related pimps can have tattoos of diamonds, stars, dollar signs, crowns, "AOB" which means All On Bitches or All On a Bitch, and "PHD" which means Pimping Hoes Daily.
9. Criminal street gangs use pimping as a source of revenue.
10. "Renegade" or "Faggot" is a term used to describe a prostitute without a pimp.
11. Prostitutes are commonly runaways, have learning disabilities, have mental health issues, are addicted to drugs & alcohol, victims of sexual and physical abuse, poverty stricken, and are mothers.
12. A prostitute's leading cause of death is homicide. Prostitutes are 200 times more likely to die by homicide.
13. "Bottom Bitch" is a pimp's primary prostitute used for recruiting others for prostitution.
14. Prostitute recruitment can be gang related, done in Juvenile Detention Centers, directly on the street, on the internet such as modeling scams, cleaning services, or dating apps. Prostitute recruitment can come from a boyfriend, dating relationship, or other romance.
15. Prostitutes may "brand" themselves with a tattoo of their pimp or something associated with their pimp.
16. Condoms come with "Lot numbers" that help identify the specific box in which the condom came from and production time specifics.
17. "Sugar dating" connects individuals for romantic relationships under a commercial arrangement in which sexual activity may be expected.
18. "Sugaring" glamorizes prostitution, normalizes prostitution by downplaying it, and humanizes sex buyers.

## The Investigation

The following affidavit is being provided to support a search warrant to search a gray 2018 Chevrolet Malibu bearing Washington license plate BJE9674 and has tinted windows to include any safe style containers or lockboxes present. The registered owner of the Chevrolet Malibu is Evergreen Enterprises at 2421 S. Union Ave. Suite L1 #155, Tacoma, WA 98405. The Chevrolet Malibu is parked in the secured sallyport at the Othello Police Department with tamper-proof evidence tape adhered to the openings.

The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience. I have not included every fact known to me regarding this case, only those facts necessary to support probable cause to search the Chevrolet Malibu.

US v. K. Williams

10000088.039

On July 26th, 2022, the Othello Police Department Street Crimes conducted an investigation into human sex trafficking within Othello, Adams County, Washington at the Quality Inn Hotel at 1020 E. Cedar St.

Othello Police Detective Martinez is the primary case agent in this investigation. The following is Detective Martinez's probable cause statement:

"On 07/23/2022 at approximately 0930 hours I posted a decoy at on craigslist and other websites. The ad stated the following:

WARNING IN MOSES (Moses Lake) WARNING!!! DONT contact "Rebecca" (fivezero9#416^%6seven28) i met up with her last night in Moses thinking she was 19. SHE IS NOT!! She is 13 year old Prostitute dont get caught up in this guys i ran as soon as i saw her. BE CAREFUL fivezero941 667twoeight

A similar ad was posted on other websites. I created a new phone number for this case and used an undercover (UC) email.

On 07/23/2022 at approximately 1107 hours I (posing as a 13 year old female) received a message on the UC phone number. The message was from 509-728-8092. The person identified themselves as "Troy" and told me he got my number from a friend. A check of the phone number came back to a Kelly Hummel and subscriber as Koby Williams.

The following is a synopsis of our conversation.

Troy told me he was from Ellensburg and was looking for company. Troy told me he was looking for someone over the age of 18 but he had two teenage boys that were curious and asked my age. I told Troy I was 13. Troy asked if I was real and if I was a female. I told him I was a female and he said he wanted to introduce me to his son. I told Troy my rates are $500 half hour, 800 hour, and 2500 overnight. I told Troy I was on the west side and would not be back in the moses area next week. Troy said he could take his son to the west side but I told him I was booked and he asked for a picture of the "product" since he was going to pay $2500.

I sent Troy a picture of a UC female that was altered to appear younger. Troy received the picture and said he would pay $2500 for 24 hours with me. Troy said he would do anything for his high school boy. I asked Troy if I could see what he looked like and he sent me a picture. Troy told me he was 47 years old and overweight. The picture was of an older male who did appear to be in his 40's with white beard. Troy told me he wanted to meet at a public venue.

US v. K. Williams                                                                                              10000088.040

Troy told me he wanted to meet soon and knew I was over 18 and asked why I advertise as a minor. I told him I was 13 and I could meet him or his son next week. Troy told me if I was really 13 he would back out but was going to look up if it was legal for his son. Troy told me "damn your are hot though!" and told said to let him know when we could meet. I told Troy again I was 13 and everything I do is illegal. Troy told me he would still look up if it was legal for me to meet his son. I did not reply and he replied asked if I was still there and said he showed the picture to his son and his son was intrigued.

Troy wanted to talk on the phone but I told him I was busy. Troy told me he travels and asked if I wanted to go to Montana for a few days paid for.

On 07/24/2022 Troy messaged me saying he saw an ad on Craigslist and told me he was willing to pay $2500 per night. I told Troy I didn't post on Craigslist. I told him a previous client must have posted it. I told Troy I would be getting a room in Othello on Tuesday (07/26/2022). Troy told me he wanted to talk on the phone Facetime.

I ignored Troys request for a call. Troy asked if I was willing to come to his place for a couple of days. I told him I was okay with that after we meet for the first time to make sure hes not a creep that will kidnap me. Troy said he would do it but said his boys were at a basketball camp. I told Troy I could meet with him on Tuesday and then go with him for his boys.

On 07/25/2022 at approximately 1630 hours I had a UC female place a phone call to Troy. I told Troy I was going to call him and he said he was driving but he would pull over and wait for my call. The UC spoke with Troy and Troy said he wanted to speak again later.

Troy told me he couldn't get the money all at once and we could meet first and then on Tuesday he would pay me the full amount just to make sure I was a girl. I told him I was not stupid and knew he could get the money all at once or before coming to meet me. Troy told me 2500 was Las Vegas prices and I told him if he was serious I could do 1800.

Troy asked what he gets for $1800. I told him he was sketching me out and he sounded like a cop. Troy told me he was a cop and told me he would loose his job over this but he was not afraid. Troy said that is why he suggested we meet in a public place and said cops nee people like me. I told Troy he was lying and did not believe he was a cop. Troy told me he was a cop in Yakima, WA. I told Troy that it didn't make sense that he was a cop and he was trying to fuck me. Troy said cops are only human and that he would introduce himself, show me his credentials, and give me the money.

APPLICATION FOR SEARCH WARRANT - Basic
Page 6 of 13

US v. K. Williams

10000088.041

I asked him what he wanted to do for $1800. Troy told me he would really like to take a weekend, spend time with me, sex obviously. Chill and watch some documentaries. I told Troy tomorrow (07/26/2022) we could have sex for $1800 and see how it goes or just an hour if he wanted to. I told Troy I was concerned he was a cop and he would arrest me. Troy told me if I was serious to let him know because he would have to take the day off from work and have someone fill in for him.

I told Troy I would be in Othello and he told me he would start with an hour with the intention of an all day or all weekend afterwards. I said okay and said 800 for an hour? Troy asked if I was a cop and I told him now he was really playing. Troy asked for an address and I told him I don't normally tell people the hotel until I know they are close and told him I thought the hotel was Cimaron and I was clearing my whole day for him. I told Troy 330 on Tuesday.

Troy asked why he had to wait until 330 and I told him I didn't not think you could check in to hotels earlier. Troy later told me again he believed I was older and wanted me to admit it. I told him I was 13.

The UC called Troy again and Troy spoke about having to be armed at all times. The UC told him she was scared of guns and to not bring it to the meet. Troy said he would keep the gun in the car.

Troy said goodnight and that he was looking forward to talking to me tomorrow. On 07/25/2022 at approximately 2250 hours Troy messaged me saying he couldn't stop thinking about me and he could book a hotel in Othello where I could check in earlier. Troy said he could be here in two hours. I did not message him back.

On 07/26/2022 at approximately 1015 hours I told him I was glad he was thinking about me and I couldn't wait to meet him.

Detective Perez searched a law enforcement database for the number Troy is using and the name that came back on the cellphone search. Detective Perez located a Koby Don Williams from Ellensburg and a drivers license out of Montana. The physicals and age matched what Troy told me. A further check showed Koby was contacted on 07/19/2022 in Kittitas County for a dispute at a tavern. The reporting officer wrote Koby was an US Immigration and Customs Enforcment (ICE) Agent and was in the tavern with an open carry pistol and wearing a shirt with the ICE identifier.

At approximately 1114 hours Troy told me he wa going to be running late and asked if I do anal. I told him I could try anal for extra but it is very painful. I asked Troy if 430 worked for

US v. K. Williams                                                                                                                         10000088.042

him. Troy said 430 worked and he wanted to meet and talk and make sure everything is good to go. I told him that was fine.

At approximately 1414 hours Troy messaged me saying he was leaving the office and had to make a few stops before coming to Othello. Troy asked how much cash he needed and if I had the hotel already. I told Troy he wanted to do 800 for an hour and asked if he wanted more. Troy said he wanted confirmation I wa over 18 and I again told him I was 13. Troy asked if I had an ID showing I was 13 and I told him I didn't have an ID at all. Troy asked how I was going to rent a room then and I told him it is going to be rented for me.

Troy told me he was uncomfortable about someone else being invovled. Troy said he was not believing the picture I sent was of a 13 year old and that I was not telling him the whole truth. I told Troy he was a cop and should know how this works and I have someone that takes care of me. Troy told me he thought I was lying about my age and that if I was 13 he could not get involved. Troy asked if I had an older sister and said I don't text like a 13 year old. I told him I could lie about my age later but if he was not okay with this we don't have to do it and I can get other dates. Troy told me he needed someone that works solo not with someone else. I told him I cant work like that and I would not waste his time anymore.

Troy told me I wa a cop or I had an alternate motive and said if I was a 13 year old and needed to escape a bad situation to let him know and that he was a cop and could do it fast. At approximately 1454 hours I told Troy I was getting in the room now but I could not keep talking to him if he was not serious.

At approximately 1456 hours Troy tld me "What hotel? What room number? I'm on the way." I told him I got a room at the Quality Inn and I asked how far out he was because I was going to wash up. Troy told me he was two hours out and he told me I didn't have to wash up and he would give me the money and talk for an hour.

At approximately 1422 hours Troy told me he was just over an hour away and asked for room number and wanted to meet outside or somewhere public. I told Troy once he shows me he is outside I will let him know the room number. Troy insisted on meetin outsidde. I told Troy he could call the room and talk to me.

I checked the drivers license located for Koby Williams and a WA state drivers return showed Koby's photograph and it matched the photograph Troy sent me. I told all the officers the photograph was a confirmed match.

US v. K. Williams

10000088.043

At approximately 1739 hours Troy asked for the room number and told me he was in Othello and shortly after called the room. Troy spoke with the UC over the phone and told her he was on his way to the room and was at a friends house up the street.

At approximately 1753 hours surveillance advised the target was walking in to the hotel through the front lobby.

At approximately 1755 hours I heard a knock on the door and the take down team placed one male under arrest in the hallway. The take down team searched him and confirmed the male in custody who went by Troy was actually Koby Don Williams. Koby had a loaded holstered firearm and a badge from ICE showing his photograph on his person. The firearm was taken a Sig P320, that was later confirmed to be his duty weapon. While Koby was being searched he said something to the effect of he works human trafficking. A vehicle key to a Chevrolet was located on Koby.

Koby was placed in a separate room. I told Koby I was recording with my body worn camera. I read Koby his Miranda warning. Koby told me he understood and was willing to talk.

The following is a synopsis of the interview with Koby. Koby told me he worked for the Department of Homeland Security, ICE. Koby said he works for that agency who investigates human trafficking. Koby said he felt someone was in danger and thought he could do something about it. I asked Koby if he was working in an undercover assignment, and he said he was not. I asked Koby if he was still currently with ICE because the picture on the ID was a lot younger. Koby said the picture was just not updated.

Koby was asked how many human trafficking cases hes worked and he could not answer and slurred his speech saying he knows he has to be careful with what he says because it could be taken wrong. Koby was asked for his job title and job description or what he was assigned to, and he would not answer. Koby again said he knows what he says can be twisted and used against him. I told him it was a simple question, but he would not answer.

Koby was asked if anyone from his agency knew he was there and he said no. Koby was asked if he had an Op plan written for this and he said no but said he did do a deconfliction notice. Koby was asked how he deconflicted and he said he used a deconfliction system but would not say where and said it was an icon on his laptop and said he did the deconfliction four days ago. Koby said this came on his radar four days ago.

I asked Koby to start from the beginning and tell me how he got from his workplace in Yakima to Othello. Koby told me he saw what seemed to be a minor screaming for help on

APPLICATION FOR SEARCH WARRANT - Basic
Page 9 of 13

US v. K. Williams

10000088.044

Craigslist. I asked Koby if this was part of his job to look at sites like this. Koby told me he uses all social media for his job. I asked Koby to tell me what he did after he saw the ad. Koby was very hesitant and did not want to answer.

I asked Koby if he spoke with the girl. Koby said he had no idea and I asked him how he got to Othello if he did not talk to the girl. Koby asked "who is her?" I told Koby I have been doing this a lot less than he has but not to treat me like I'm stupid. I told Koby I was treating him with respect and I wanted him to do the same. Koby told me he was talking to a girl but she called him. I asked him what they discussed and he said he didn't want to put himself down a rabbit hole. Koby said it was probably better he stopped talking about it.

Koby said his supervisor does not have any idea he was in Othello. I told Koby if he didn't want to talk it was fine but what was really going on. Koby told me he has three kids and does not feel like he is doing enough and if doing this worked it would give him satisfaction. Koby said he doesn't talk to his supervisor very often and doesn't always tell him what he is doing.

I told Koby that he has been working for ICE for 22 years and should know the policy on this and asked if this was standard policy and he did not answer the question. Koby claimed to be on duty at the moment of this interview. I asked him for his schedule and he told me he does not have a schedule and he does not have to work a certain amount of hours.

Koby said he was done answering questions and told him he was under arrest for attempted commerical sexual abuse of a minor, attempted rape of a child 2nd degree, and communicating with a minor for immoral purposes.

Koby was asked if he had more guns and he told us he had another gun in the car that was a personal gun and that he brought 1000 dollars. Koby said the gun found on him was ICE issued. Koby said his phone was in the vehicle and he did not know his bosses number.

Koby was transported to the Othello Police Department. In the parking Koby's vehicle was identified as a 2018 Chevrolet Malibu WA:BJE9674. We entered the vehicle to seize the cellphone. The inside of the vehicle smelled very strong of an alcoholic beverage. The vehicle had a radio inside that appeared to be law enforcement issued. Detective Perez observed a large amount of cash in the vehicle that appeared to be over $1000. The vehicle was secured and towed to the police department pending a search warrant.

Koby's supervisor was contacted and she advised they do not work undercover and they do not work human trafficking. She also confirmed the vehicle was a work vehicle as well as the

APPLICATION FOR SEARCH WARRANT - Basic
Page 10 of 13

phone number Koby was using for the communication. She said she knew Koby had a drinking problem." (End of Detective Martinez's probable cause statement.)

On 07/26/2022 at approximately 1758 hours, Detective Martinez and I interviewed Koby in a separate hotel room. Detective Martinez's body worn camera was activated. Koby was read his Miranda Rights by Detective Martinez from his agency issued card. Koby verbally acknowledged he understood his rights and spoke with us. The following is a very brief synopsis of the interview:

Koby told Detective Martinez and I that he was employed by the Department of Homeland Security and was on-duty but was not working as an undercover. Koby said he worked human trafficking cases but wouldn't give specifics on how many cases he's worked, told us he did not have an operational safety plan, and no one in his agency knew where he was. Koby said he deconflicted what he was doing with an icon on his laptop but told me he did not have his laptop with him. Koby told me he deconflicted his investigation approximately 4 days prior.

Koby told Detective Martinez he saw a minor screaming for help on Craigslist. When asked about his conversation with the girl, Koby said the girl called him. When Detective Martinez asked more questions about his conversation with the girl, it was evident he did not want to answer those questions. Koby never requested an attorney during our interview but told us he didn't want to answer anymore questions.

I asked Koby if he had any valuable items that we needed to inventory such as guns and cash. Koby said there was a personally owned pistol on the floor in his vehicle along with a couple thousand dollars. Koby was later identified via the Washington Department of Licensing as Koby Don Williams (DOB: 04/18/1975 – 47 years old) (End of synopsis.)

We noticed Koby did not have a cellphone on his person at the time of his arrest. A previous check of Koby's cellphone number using ZetX indicated his phone service was provided by Verizon indicating it was a cellphone. Based on my training and experience, cellphones can be remotely wiped, or factory reset from other devices. At approximately 1830 hours, Detective Martinez, Detective Sgt. McFarlane, and I went to Koby's Malibu to retrieve any cellphones for evidence preservation only. While trying to preserve evidence on cellphones we retrieved one black iPhone that looked broken and placed it into a Faraday bag. While looking for other cellular devices I observed an envelope in the unlocked center console that contained a large amount of cash. I did not touch or manipulate the envelope and observed no cellphones present in the center console.

Oscar's Towing arrived on scene to impound Koby's Chevrolet Malibu. Officer Lopez followed the tow truck to the Othello Police Department with his dash camera activated. I arrived at the police department as the Malibu was being placed into the sallyport. I got tamper-proof evidence tape and a marker. I placed the tamper-proof evidence tape on the openings and marked

the date on the tape with my initials. I photographed the Malibu and uploaded the photos to the datafile.

On 07/26/2022, I spoke with Supervisory Detention and Deportation Officer Brenda McClain. Supervisory Officer McClain told me that Koby's work number was 509-728-8092. This indicated that Koby was using his work cellphone to chat with an undercover detective posing as a 13-year-old girl to make a monetary transaction for sex. Supervisory Officer McClain also told me the Malibu was Koby's work car and he should have had his laptop and there are lockboxes in the car for weapons. She said she could provide the codes to the lockboxes, or we could drill the locks.

Based on the above-described chat conversation in Detective Martinez's probable cause statement indicating that Koby agreed to $800 for an hour that included sex or $2500 for an overnight date with an undercover detective posing as a 13-year-old female, and Koby's statement that he had a couple thousand dollars in cash in his Chevrolet Malibu, I submit probable cause exists to search the Chevrolet Malibu for evidence of the above listed crimes.

On 07/27/2022, I was present in the office while Detective Martinez spoke on the phone with Senior Special Agent Travis Jones with Immigration and Customs Enforcement's (ICE) Office of Professional Responsibility. I asked Detective Martinez to ask SSA Jones what type of cellular phone Koby was issued. SSA Jones said it should be an iPhone with a large, bar-coded sticker on the back. I checked the phone we took from Koby's Malibu and there did not appear to be a large, bar-coded sticker on the back. It's articulable that Koby's cellphone is still present in the Malibu.

Based on all the foregoing information, I believe that evidence of the above-listed crime(s) exists at the above-described location, and submit that there is probable cause to search that location for evidence of the above-listed crimes, including:
- Condoms
- U.S. Currency/cash
- Cellular phones
- Laptops used for deconfliction purposes
- Evidence of dominion and control of the place searched including mail, receipts, identification, bills, rental agreements, licensing documents and other personal property whose owner/possessor may be readily determined.

[XX] (Check if applicable) This application was submitted to the issuing Judge using an electronic device that is owned, issued, or maintained by the below-identified criminal justice agency.

APPLICATION FOR SEARCH WARRANT - Basic
Page 12 of 13

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my recollection of the above-described events.

Signed this 27TH day of JULY, 2022 at OTHELLO, WA

Declarant's Signature: _____

OR, if submitted electronically or by telephone:

Declarant's Full Name: DET. STEVEN PEREZ
Agency Badge/Serial or Personnel #: 114
Agency Name: OTHELLO PD

[X] (Check if applicable) The Judge's signature, below, was placed by declarant, at the Judge's direction given by:
  [ ] telephone (preserve a recording of the authorization),
  [X] email (preserve and file the email), or by
  [ ] _____ (other reliable method).

On the 27th day of JULY, 2022, 4:10 pm I reviewed and considered the above application, submitted to me under penalty of perjury.

Signature: CAROLYN BENZEL
DISTRICT COURT JUDGE
Printed Judge's Name: CAROLYN BENZEL

AFFIXED BY: DET. S. PEREZ, 114

APPLICATION FOR SEARCH WARRANT - Basic
Page 13 of 13

US v. K. Williams    10000088.048

US v. K. Williams

DISTRICT COURT, ADAMS COUNTY, WASHINGTON

STATE OF WASHINGTON  )   SW NO: _____
                     )
COUNTY OF ADAMS      )   SEARCH WARRANT

**TO ANY PEACE OFFICER IN THE STATE OF WASHINGTON:**

Upon the sworn complaint made before me, there is probable cause to believe that the crime(s) of <u>Attempted Commercial Sexual Abuse of a Minor (RCW: 9.68A.100), Attempted Rape of a Child 2nd Degree (RCW: 9A.44.076), and Communication with a Minor for Immoral Purposes (RCW: 9.68A.090(2))</u> has been committed, in Adams County, Washington and that evidence of that/those crime(s); or contraband, the fruits of crime, or things otherwise criminally possessed; or weapons or other things by means of which a crime has been committed or reasonably appears about to be committed; or a person for whose arrest there is probable cause, or who is unlawfully restrained is concealed in or on certain premises, vehicles or persons.

YOU ARE COMMANDED to:

1. Search, within 10 days of this date, the premises, vehicle or person described as follows:

<u>A gray 2018 Chevrolet Malibu bearing Washington license plate BJE9674 and has tinted windows to include any safe style containers or lockboxes present. The registered owner of the Chevrolet Malibu is Evergreen Enterprises at 2421 S. Union Ave. Suite L1 #155, Tacoma, WA 98405. The Chevrolet Malibu is parked in the secured sallyport at the Othello Police Department with tamper-proof evidence tape adhered to the openings. See photos below.</u>

SEARCH WARRANT - Basic
Page 1 of 3

10000088.049



2. Seize, if located, evidence of the above-listed crimes, including:

- Condoms
- U.S. Currency/cash
- Cellular phones
- Laptops used for deconfliction purposes
- Evidence of dominion and control of the place searched including mail, receipts, identification, bills, rental agreements, licensing documents and other personal property whose owner/possessor may be readily determined.

Promptly return this warrant to me or the clerk of this court; the return must include an inventory of all property seized.

A copy of the warrant and a receipt for the property taken shall be given to the person from whom or from whose premises property is taken. If no person is found in possession, a copy and receipt shall be conspicuously posted at the place where the property is found.

Date/Time: 7/27/22  4:10 PM

[X] (Check if applicable) The Judge's signature, below, was placed by declarant, at the Judge's direction given by:
  [ ] telephone (preserve a recording of the authorization),
  [X] email (preserve and file the email), or by
  [ ] _____ (other reliable method).

Signature: CAROLYN BENEEL

SEARCH WARRANT - Basic
Page 2 of 3

DISTRICT COURT JUDGE
Printed Judge's Name: CAROLYN BENZEL

AFFIXED BY: DET. S. PEREZ, 114

SEARCH WARRANT - Basic
Page 3 of 3

# DISTRICT COURT, ADAMS COUNTY, WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | SW NO: _22-O02932_ |
| | ) | |
| COUNTY OF ADAMS | ) | INVENTORY AND RETURN OF SEARCH WARRANT |

I, the undersigned states as follows:

1. Detective Perez received a search warrant for the vehicle specifically described as follows: **2018 Chevrolet Malibu WA:BJE9674 belonging to Immigration and Customs Enforcement**

2. On the ___28___ day of ___July___, 2022_, Detective Perez and Det. Sgt. McFarlane searched the above-described vehicle found and seized the items listed below in Item 7.

3. Name(s) of person(s) present when the property was seized:
   _____Detective Perez and Det. Sgt. McFarlane

4. The inventory was made in the presence of:
   ☐ The person(s) named in (3) from whose possession the property was taken.
   ☐ _____

5. Name of person served with a copy or description of place where copy is posted:

   ____**Copy is located inside the Chevrolet Malibu**

6. Place where property is now stored:
   **Property is located at the Othello Police Department**

7. Property seized :
   __ 1. Black iPhone, unk model at this time
   2. Laptop with access card belonging to Williams
   3. $4,075 in cash with envelope

   Other items taken for safekeeping or "return to owner."
   1. Glock 32 9mm handgun with two magazines
   2. Ballistic panels/necklace badge
   3. Vehicle Gas card
   4. Vodka/prescriptions

Dated: 8/9/22

Signature of Peace Officer
Printed or Typed Name: STEVEN PEREZ
Agency and Personnel Number: 114

Dated: 08-09-1022

Signature of Witness
Printed or Typed Name: Rurt mc