# EXHIBIT 1

[ log in ] [ create account ]

**posting title**
WARNING IN MOSES

**city or neighborhood**
Moses Lake

**postal code**
98837

**description**
WARNING!!! DONT contact "Rebecca"  (509-416-6728) i met up with her last night in Moses thinking she was 19. SHE IS NOT!! She is 13 year old
 Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL
5094166728

contact info

**email**
sallram5099@gmail.com

**email privacy options** [?]
● CL mail relay (recommended)
○ no replies to this email

location info

☐ show address

**street**

**cross street**

**city**

☐ ok for others to contact you about other services, products or commercial interests

continue

US. v WILLIAMS, K.

**Some required information is missing or incorrect.**
**Please correct the fields marked in red:**
Please do not include phone numbers when posting in this category.

**posting title**
WARNING IN MOSES

**city or neighborhood**
Moses Lake

**postal code**
98837

**description**
WARNING!!! DONT contact "Rebecca"  (509@#416^%6728) i met up with her last night in Moses thinking she was 19.
SHE IS NOT!! She is 13 year old
 Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL
fivezero941667twoeight

contact info

**email**
sallram5099@gmail.com

**email privacy options** [?]
- CL mail relay (recommended)
- no replies to this email

location info
☐ show address

**street**     **cross street**     **city**

☐ ok for others to contact you about other services, products or commercial interests

continue

10000003

US. v WILLIAMS, K.

**Some required information is missing or incorrect.**
**Please correct the fields marked in red:**
Please do not include email addresses in postings in this category. Use the email fields above to enter your email address.
Please do not include phone numbers when posting in this category.

**posting title**
WARNING IN MOSES

**city or neighborhood**
Moses Lake

**postal code**
98837

**description**
WARNING!!! DONT contact "Rebecca"  (fivezero9@#416^%6seven28) i met up with her last night in Moses thinking she was 19. SHE IS NOT!! She is 13 year old
 Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL
fivezero941667twoeight

contact info

**email**
sallram5099@gmail.com

**email privacy options** [?]
◉ CL mail relay (recommended)
◯ no replies to this email

location info

☐ show address

**street**

**cross street**

**city**

☐ ok for others to contact you about other services, products or commercial interests

[ continue ]

**Some required information is missing or incorrect.**
**Please correct the fields marked in red:**
Please do not include email addresses in postings in this category. Use the email fields above to enter your email address.

**posting title**
WARNING IN MOSES

**city or neighborhood**
Moses Lake

**postal code**
98837

**description**
WARNING!!! DONT contact "Rebecca"  (fivezero9#416^%6seven28) i met up with her last night in Moses thinking she was 19. SHE IS NOT!! She is 13 year old
 Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL
fivezero941667twoeight

**contact info**

**email**
sallram5099@gmail.com

**email privacy options** [?]
● CL mail relay (recommended)
○ no replies to this email

**location info**
☐ show address

**street**

**cross street**

**city**

☐ ok for others to contact you about other services, products or commercial interests

continue

Attention: posting will expire in 45 days

**this is an unpublished draft.**  publish

edit post   edit location

reply

## WARNING IN MOSES (Moses Lake)

WARNING!!! DONT contact "Rebecca" (fivezero9#416^%6seven28) i met up with her last night
in Moses thinking she was 19. SHE IS NOT!! She is 13 year old
Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL
fivezero941667twoeight



- do NOT contact me with unsolicited services or offers

 best of [?]

edit post   edit location   publish

**Important - Further action is required to complete your request!**

**You should receive an email shortly**, with a link to log in to your craigslist account and publish your posting.

Email sent to: **sallram5099@gmail.com**

**The link will expire in 30 minutes.**

If you don't receive this email, please log in or sign up to continue, or consult our help pages.

Your email provider might misfile this mail as spam. **Check your spam folders.**

10000006

US. v WILLIAMS, K.

[ logged in as **sallram5099@gmail.com** ] [ log out ]

Thanks for posting! We really appreciate it.

- Share your post on twitter, facebook, other social networks, or via email

- View your post at moseslake.craigslist.org/mis/d/moses-lake-warning-in-moses/7512417937.html

- Manage your post

- Return to your account page

# cl posting: WARNING IN MOSES  `Inbox` ✕

 **craigslist - automated message, do not reply** <robot@craigslist.org>
to me ▾

you created posting #7512417937

WARNING IN MOSES (community)

[view posting](#) [edit or delete posting](#)

[help pages](#) > [find your posting](#) [stay safe](#) [avoid scams](#)

thanks for using craigslist 

try the app: [android](#) | [apple iOS](#)

 Reply    Forward

10000343

# DoubleList

**◤ New Post**

## Make a New Post 🕸

### Post Details

Post Title                                                                    40 words or less

WARNING IN MOSES/TRI CITIES

Post body

WARNING!!! DONT contact "Rebecca"  (509-416-6728) i met up with her last night in Moses thinking she was 19. SHE IS NOT!!

She is 13 year old
Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL

She told me she travels wathc out gys

⍰ Review the guidelines before posting.

**Continue**

# DoubleList

Home · Create A Post · Manage Posts · Favorites · Settings · Logout

## Make a New Post 💥

> • Looks like we've detected a phone number in the text. Phone numbers and personal information are not allowed.

### Post Details

**Post Title**                                           40 words or less

WARNING IN MOSES/TRI CITIES

**Post body**

WARNING!!! DONT contact "Rebecca"  (509-416-6728) i met up with her last night in Moses thinking she was 19. SHE IS NOT!!

 She is 13 year old
 Prostitute dont get caught up in this guys i ran as soon as i saw her.
BE CAREFUL

She told me she travels wathc out gys

ⓘ Review the guidelines before posting.

**Continue**

Help & FAQ  ·  Terms  ·  Cities  ·  Guidelines

Advertise  ·  Refund Policy  ·  Privacy  ·  18-2257

© 2022 Doublelist.com  ·  Sitemap

# DoubleList

Home    Create A Post    Manage Posts    Favorites    Settings    Logout

◀ New Post

## Make a New Post 🏵

- Looks like we've detected a phone number in the text. Phone numbers and personal information are not allowed.

### Post Details

Post Title                                          40 words or less

WARNING IN MOSES/TRI CITIES

Post body

WARNING!!! DONT contact "Rebecca"  (fivezero9-4one6-67twoeight) i met up with her last night in Moses thinking she was 19. SHE IS NOT!!

She is 13 year old 509
Prostitute dont get caught up in this guys i ran as soon as i saw her. 416
BE CAREFUL 6728

She told me she travels wathc out gys

Review the guidelines before posting.

**Continue**

Help & FAQ · Terms · Cities · Guidelines

Advertise · Refund Policy · Privacy · 18-2257

© 2022 Doublelist.com · Sitemap

# DoubleList

◀ **New Post**

## Make a New Post 💢

> • Looks like we've detected a phone number in the text. Phone numbers and personal information are not allowed.

### Post Details

Post Title                                                    40 words or less

> WARNING IN MOSES/TRI CITIES

Post body

> WARNING!!! DONT contact "Rebecca"  (fivezero94one667twoeight) i met up with her last night in Moses thinking she was 19. SHE IS NOT!!
>
>  She is 13 year old 509
>  Prostitute dont get caught up in this guys i ran as soon as i saw her. 416
> BE CAREFUL 6728
>
> She told me she travels wathc out gys

ⓘ Review the guidelines before posting.

**Continue**

# DoubleList

## Make a New Post 💥

- Looks like we've detected a phone number in the text. Phone numbers and personal information are not allowed.

### Post Details

Post Title                                                                40 words or less

```
WARNING IN MOSES/TRI CITIES
```

Post body

```
WARNING!!! DONT contact "Rebecca"  (fivezero94one667twoeight) i met up with her last
night in Moses thinking she was 19. SHE IS NOT!!

 She is 13 year old 5zeronine
 Prostitute dont get caught up in this guys i ran as soon as i saw her. 416
BE CAREFUL 67twoeight

She told me she travels wathc out gys
```

ⓘ Review the guidelines before posting.

**Continue**

# DoubleList

◄ **New Post**

## Make a New Post 🕷️

> • Looks like we've detected a phone number in the text. Phone numbers and personal information are not allowed.

### Post Details

Post Title                                                              40 words or less

WARNING IN MOSES/TRI CITIES

Post body

WARNING!!! DONT contact "Rebecca"  fivezero##94one6#|67twoeight) i met up with her last night in Moses thinking she was 19. SHE IS NOT!!

 She is 13 year old 5zeronine
 Prostitute dont get caught up in this guys i ran as soon as i saw her. 416
BE CAREFUL 67twoeight

She told me she travels wathc out gys

ⓘ Review the guidelines before posting.

**Continue**

© 2022 Doublelist.com  ·  Sitemap

US. v WILLIAMS, K.

**DoubleList**

Home    Create A Post    Manage Posts    Favorites    Settings    Logout

## Make a New Post 🕷️

- Looks like we've detected a phone number in the text. Phone numbers and personal information are not allowed.

### Post Details

Post Title                                                          40 words or less

WARNING IN MOSES/TRI CITIES

Post body

WARNING!!! DONT contact "Rebecca" i met up with her last night in Moses thinking she was 19. SHE IS NOT!!

 She is 13 year old 5zeronine
 Prostitute dont get caught up in this guys i ran as soon as i saw her. 416
BE CAREFUL 67twoeight

She told me she travels wathc out gys

ⓘ Review the guidelines before posting.

**Continue**

Help & FAQ  ·  Terms  ·  Cities  ·  Guidelines

Advertise  ·  Refund Policy  ·  Privacy  ·  18-2257

© 2022 Doublelist.com  ·  Sitemap

# DoubleList



Home    Create A Post    Manage Posts    Favorites    Settings    Logout

➤ **My posts**

Success! Your post has been created, and will be up shortly!

## Your Posts

Add post ⊕

**WARNING IN MOSES/TRI C...**    IN REVIEW    Spokane, WA    **few second ago**    guys for women    ⌄

Delete

Remove all flagged posts

Help & FAQ  ·  Terms  ·  Cities  ·  Guidelines

Advertise  ·  Refund Policy  ·  Privacy  ·  18-2257

© 2022 Doublelist.com  ·  Sitemap

**posting title**
WARNING WARNING

**city or neighborhood**
PASCO

**postal code**
99301

**description**
WARNING!!! DONT contact "Rebecca" (fivezero9#416^%6seven28) i met up with her in Moses thinking she was 19.
SHE IS NOT!! She is 13 year old
Prostitute dont get caught up in this guys I ran as soon as i saw her.
BE CAREFUL
fivezero941667twoeight

contact info

sallram5099@gmail.com
**email privacy options** [?]
◉ CL mail relay (recommended)
○ no replies to this email

location info

☐ show address

street | cross street | city

☐ ok for others to contact you about other services, products or commercial interests

continue

Attention: posting will expire in 45 days

**this is an unpublished draft.**　　publish

edit post　edit location


reply

# WARNING WARNING (PASCO)

WARNING!!! DONT contact "Rebecca" (fivezero9#416^%6seven28) i met up with her in Moses thinking she was 19. SHE IS NOT!! She is 13 year old
Prostitute dont get caught up in this guys I ran as soon as i saw her.
BE CAREFUL
fivezero941667twoeight



○ do NOT contact me with unsolicited services or offers

© craigslist - Map data © OpenStreetMap

♡ best of [?]

edit post　edit location　　publish

Thanks for posting! We really appreciate it.

- Share your post on twitter, facebook, other social networks, or via email
- View your post at kpr.craigslist.org/mis/d/eltopia-warning-warning/7513027754.html
- Manage your post
- Return to your account page

US. v WILLIAMS, K.


