Matthew F. Duggan
Duggan Law, P.L.L.C
23505 E. Appleway Avenue Suite 200-175
Liberty Lake, WA 99019
509-951-2047
matt@mattdugganlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00024-TOR |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT'S REQUEST FOR PLACEMENT |
| KOBY DON WILLIAMS, | |
| Defendant. | |

Defendant, Koby Don Williams, by and through his attorney Matthew F. Duggan, respectfully submits his request for placement at the following federal correction facilities:

1. FCI Seagoville, Seagoville, Texas
2. Bastrop FCI, Bastrop, Texas
3. FCI Texarkana, Texarkana, Texas

Defendant's Request for Placement- 1

Dated: August 29, 2024.

                        ***s/ Matthew F. Duggan***
Matthew F. Duggan
Attorney for Defendant
Duggan Law Offices
23505 E. Appleway Ave
Suite 200-175
Liberty Lake, WA 99019
p. 509-951-2047
f. 509758-0411
e. Matt@mattdugganlaw.com

Defendant's Request for Placement- 2